IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Denise C Hartline
Mark J Hartline
            Debtors

Bankruptcy No. 19-24955
Judge Deborah L. Thorne
Chapter: 13

## **NOTICE OF MOTION**

TO:    Denise C Hartline, 482 Glendale Road, Buffalo Grove, IL 60089-9000
Mark J Hartline, 482 Glendale Road, Buffalo Grove, IL 60089-9000
Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604
David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090
Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604

Please take notice that on May 12, 2021, at 1:30 p.m., I will appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in that judge's place, and present the motion for Nationstar Mortgage LLC d/b/a Mr. Cooper for Motion for Relief from the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in the court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 with no password required. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment dater above, you must file a Notice of Objection no later than two (2) business days before the date. If a Notice of Objection is timely filed, the motion will be called on presentment date. If no notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                          /s/ Kenneth W. Bach
                                                         Kenneth W. Bach,  IL ARDC #6295816

## **CERTIFICATE OF SERVICE**

I, Kenneth W. Bach, an attorney certify that I served the attached motion by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on April 29, 2021. The remaining parties were served by the CM/ECF electronic noticing system.

                                                /s/ Kenneth W. Bach
                                                Kenneth W. Bach,  IL ARDC #6295816

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Denise C Hartline
Mark J Hartline
      Debtors

Bankruptcy No. 19-24955
Judge Deborah L. Thorne
Chapter: 13

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Movant"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The Movant, a party in interest, holds a Mortgage dated December 11, 2006 on the property located at 482 Glendale Road, Buffalo Grove, Illinois 60089, in the original amount of $320,000.00. (A copy of the Note, Mortgage, Assignment and Loan Modification are attached as Exhibit A, B, C and D respectively and incorporated herein by reference).

2. The above-captioned Chapter 13 case was filed on September 4, 2019 and the Debtors' Plan was confirmed on December 4, 2019.

3. The confirmed plan provides for the Debtors to be the disbursing agent for the post petition mortgage payments and the Chapter 13 Trustee to be disbursing agent for the pre-petition arrears.

4. As of April 16, 2021, the Debtors have failed to maintain post-petition payments thereby accruing a default of 2 payments from March 1, 2021 through April 1, 2021 for a post-petition arrearage total of $1,940.14.  A summary of the post-petition arrearage is as follows:

    March 1, 2021 to April 1, 2021, 2 payments at $1,417.56 each
    Less suspense balance $894.98

5. The Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6. The Debtor's failure to maintain post-petition payments is cause for relief from the stay pursuant to 11 U.S.C. § 362(d).

7. That should the Debtors wish to reinstate while under the jurisdiction of this Court, Movant requests to be reimbursed for the costs and attorney fees of filing this motion.

8. Nationstar Mortgage LLC d/b/a Mr. Cooper reserves the right to foreclose.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper prays for the entry of an order modifying, annulling or terminating the Automatic Stay instanter to allow foreclosure, eviction, or any other action with respect to the Movant protecting its rights in the subject property as the Court deems appropriate and for such other relief as the Court deems just.

/s/ Kenneth W. Bach
Kenneth W. Bach, ARDC #6295816
Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE