REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s)    Denise C Hartline and Mark J Hartline    Case No.    19-24955    Chapter    13

All Cases: Moving Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper    Date Case Filed    09/04/2019

Nature of Relief Sought:    ■ Lift Stay    □ Annul Stay    □ Other (describe)

Chapter 13:    Date of Confirmation Hearing _____    Or Date Plan Confirmed    12/04/2019

Chapter 7:    □ No-Asset Report Filed on _____

□ No-Asset Report not filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. □ Car Year, Make, and Model _____
   c. □ Other (describe) _____

2. Balanced Owed as of April 16, 2021    $218,501.96, principal balance, $328,162.64 payoff balance
   Total of all other Liens against Collateral _____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   Attached as Exhibit E

4. Estimated Value of Collateral (must be supplied in *all* cases)    $203,000.00 (based on debtor Schedule A/B)

5. Default
   a. □ Pre-Petition Default
      Number of months _____    Amount _____
   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months    2    Amount    $1,940.14
      ii. □ On payments to the Standing Chapter 13 Trustee
         Number of Months _____    Amount _____

6. Other Allegations
   a. □ Lack of Adequate Protection § 362(d)(1)
      i. □ No insurance
      ii. □ Taxes unpaid    Amount _____
      iii. □ Rapidly depreciating asset
      iv. □ Other (describe) _____

   b. □ No Equity and not Necessary for an Effective reorganization § 362(d)(2)

   c. □ Other "Cause" § 362(d)(1)
      i. □ Bad Faith (describe) _____
      ii. □ Multiple Filings
      iii. □ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. □ Reaffirm    ii. □ Redeem    iii. □ Surrender    iv. ■ No Statement of Intention Filed

Date:    April 29, 2021    /s/ Kenneth W. Bach
                           Counsel for Movant