IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Bankruptcy Matter of:<br><br>Denise C Hartline<br>Mark J Hartline<br>    Debtors | Bankruptcy No. 19-24955<br>Judge Deborah L. Thorne<br>Chapter: 13 |

### AGREED ORDER CONDITIONING AUTOMATIC STAY

This cause coming to be heard on the motion of Nationstar Mortgage LLC d/b/a Mr. Cooper ("Creditor"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, for relief from the automatic stay, the court being fully advised;

IT IS ORDERED:

1. The Debtors shall cure the default of $4,400.82 through July 20, 2021 (consisting of the payments due on July 1, 2021 through September 1, 2021, each in the amount of $1,417.56, less $1,089.86 suspense and plus attorney's fee and cost of this motion of $1,238.00) by monthly payments on the following schedule:

    | | | |
    |---|---|---|
    | A. | On or before October 15, 2021 | $366.74 |
    | B. | On or before November 15, 2021 | $366.74 |
    | C. | On or before December 15, 2021 | $366.74 |
    | D. | On or before January 15, 2022 | $366.74 |
    | E. | On or before February 15, 2022 | $366.74 |
    | F. | On or before March 15, 2022 | $366.74 |
    | G. | On or before April 15, 2022 | $366.73 |
    | H. | On or before May 15, 2022 | $366.73 |
    | I. | On or before June 15, 2022 | $366.73 |
    | J. | On or before July 15, 2022 | $366.73 |
    | K. | On or before August15, 2022 | $366.73 |
    | L. | On or before September 15, 2022 | $366.73 |

    These payments are in addition to the regular monthly mortgage payments due under the terms of the note and mortgage. If the Debtors fail to tender the above payments, then the default provisions of paragraph 3, below, shall apply.

2. Effective October 1, 2021, and thereafter, if the Debtors fail to tender the monthly installment payments to Creditor such that two monthly mortgage payments are due and not fully paid, then the default provisions of paragraph 3, below shall apply.

3. If the Debtor fails to comply with the terms of paragraphs 1 or 2, above, then Creditor, without further order of court, shall be entitled to relief from the stay according to the following procedure: Creditor shall file, and serve on the Debtor and Debtor's attorney, a Notice of Default specifying the delinquent amounts. The Debtor shall then have 15 days to cure the default by payment in certified funds payable to the Creditor and tendered at the offices of Johnson, Blumberg & Associates, LLC, at the address below. If the Debtor does not cure the default within the 15-day notice period, then Creditor may file a Notice of Failure to Comply With Order, upon which the automatic stay shall deemed modified to allow Creditor to pursue its nonbankruptcy remedies with respect to the property commonly known as 482 Glendale Rd, Buffalo Grove, IL 60089.

4. If the automatic stay is modified pursuant to the above default provisions, then the Chapter 13 Trustee shall make no further payments on the pre-petition arrears claim of Creditor.

Date: September 20, 2021

Enter: *Deborah L. Thorne*

Judge Deborah L. Thorne

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711